IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, JACKSON DIVISION

| | | |
|---|---|---|
| Clinton "Clint" Cobbins, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Case No. 3:05cv549 HTW-JCS |
| | § | |
| City of Canton, Madison County, | § | |
| Mississippi, its Mayor, Fred Esco, Jr.; | § | |
| and certain members of its Board of | § | |
| Alderman William Mosby, III, Jon Flynn, | § | |
| Charles Weems and Kenneth Jones; | § | |
| and its Fire Chief Cary Johnson, | § | |
| | § | |
| Defendants. | § | |

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
OCT 3 1 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## ORDER ACKNOWLEDGING SETTLEMENT AND TRANSFERING MATTER TO INACTIVE DOCKET

This matter is before the Court on the submission of proposed consent judgment; the parties having submitted a proposed consent judgment, including an agreement and request that the judgment, which contains confidential employment and financial data information, be entered under seal.

It is, therefore ordered pursuant to the parties' request that the consent judgment herein is entered under seal to maintain confidentiality, subject only to the parties' need to disclose same in order to seek enforcement of the terms thereof, and to same being unsealed pursuant to appropriate motion, and that this cause be, and it is hereby remanded to the inactive docket and jurisdiction is reserved for the purpose of enforcing the terms of the consent judgment.

SO ORDERED this the 31st day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

**Presented by:**

Jerry R. Wallace (MSB# 6902)
Delgado, Acosta & Wallace, PLLC
1030 Northpark Blvd., Suite A
Ridgeland, MS 39157
Telephone:   (601) 209-3822
Facsimile:   (915) 544-8544
Attorney for Plaintiff